UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re VICURON PHARMACEUTICALS, INC.<br>SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>    ALL ACTIONS. | ) Civ. Action No. 04-CV-2627<br>)<br>) NOTICE OF MOTION AND MOTION FOR<br>) (1) FINAL APPROVAL OF CLASS<br>) ACTION SETTLEMENT AND PLAN OF<br>) ALLOCATION; AND (2) AWARD OF<br>) ATTORNEYS' FEES AND<br>) REIMBURSEMENT OF EXPENSES |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on May 16, 2007, at 1:30 p.m., before the Honorable Harvey Bartle III, Lead Plaintiffs will, and hereby do, move for judgments and orders: (1) approving the Stipulation of Settlement dated as of January 5, 2007 (the "Stipulation") and dismissing this action with prejudice and approving the Plan of Allocation of settlement proceeds; and (2) awarding Lead Plaintiffs' counsel attorneys' fees and expenses.

This motion is based upon this Motion, the accompanying Memorandum of Law in Support of Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation, Memorandum of Law in Support of Application of Lead Plaintiffs' counsel for an Award of Attorneys' Fees and Reimbursement of Expenses, the Declarations of counsel submitted in support hereof, the Stipulation and supporting exhibits, the papers and filings on record in this matter and such additional evidence or argument as may be presented at the hearing.

DATED: May 2, 2007

Respectfully submitted,

LAW OFFICES OF MARC S. HENZEL
MARC S. HENZEL (MSH 2062)
273 Montgomery Avenue, Suite 202
Bala Cynwyd, PA 19004
Telephone: 610/660-8000
610/660-8080 (fax)

Liaison Counsel

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
LAURA M. ANDRACCHIO
ELLEN GUSIKOFF STEWART


    s/ Ellen Gusikoff Stewart
    ELLEN GUSIKOFF STEWART

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
ROBERT M. ROTHMAN
DAVID A. ROSENFELD
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

Lead Counsel for Plaintiffs

O'REILLY GROSSO & GROSS, P.C.
JAMES F. GROSSO
1671 Worcester Road, Suite 205
Framingham, MA  01701-5400
Telephone:  508/620-0055
508/620-7655 (fax)

Additional Counsel for Plaintiffs

S:\Settlement\Vicuron Pharm.set\MTN FINAL APP 00041393.doc

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 2, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 2, 2007.

<div style="margin-left: 3em;">
s/ Ellen Gusikoff Stewart
ELLEN GUSIKOFF STEWART

LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail:EllenG@lerachlaw.com
</div>

# Mailing Information for a Case 2:04-cv-02627-HB

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **JAY A. DUBOW**
  dubowj@pepperlaw.com

- **DEBORAH R. GROSS**
  debbie@bernardmgross.com

- **SEAN M. HANDLER**
  shandler@sbclasslaw.com

- **MARC S. HENZEL**
  mhenzel182@aol.com

- **STACEY A. LARA**
  stacy.lara@cwt.com,michael.abdo@cwt.com,greg.markel@cwt.com

- **ROBYN D. LEVITAN**
  rlevitan@wolfblock.com

- **RICHARD A. MANISKAS**
  rmaniskas@sbclasslaw.com

- **GREGORY A. MARKEL**
  greg.markel@cwt.com

- **SHERRIE R. SAVETT**
  ssavett@bm.net,sdavis@bm.net,mgatter@bm.net

- **BRIAN J. SLIPAKOFF**
  bslipakoff@wolfblock.com

- **ANASTASIA SMITH**
  asmith@omm.com

- **EVAN J. SMITH**
  esmith@brodsky-smith.com

- **TRISTAN SORAH-REYES**
  tsorahreyes@omm.com

- **ELLEN GUSIKOFF STEWART**
  elleng@lerachlaw.com,E_file_sd@lerachlaw.com,kristia@lerachlaw.com,jstark@lerachlaw.com

- **ARTHUR STOCK**

astock@bm.net,smoseley@bm.net

- **MARC S. WILLIAMS**
  mawilliams@omm.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

SETH ARONSON
O'MELVENY & MYERS LLP
400 S. HOPE ST.
LOS ANGELES, CA 90071

JASON L. BRODSKY
BRODSKY & SMITH LLC
2 BALA PLAZA
STE 602
BALA CYNWYD, PA 19004

DAVID I. HURWITZ
O'MELVENY & MYERS LLP
400 SOUTH HOPE ST
LOS ANGELES, CA 90071

JEFFREY W. KILDUFF
O'MELVENY & MYERS
1625 EYE ST. NW
WASHINGTON, DC 20006

LIANA LARSON
LEARCH COUGHLIN STOIA GELLER RUDMAN & ROBBINS
401 B STREET SUITE 1600
SAN DIEGO, CA 92101

WILLIAM S. LERACH
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
655 WEST BROADWAY
SUITE 1900
SAN DIEGO, CA 92101

NICHOLAS J. LICATO
LERACH COUGHLIN STOIA & ROBBINS LLP
401 B STREET
SUITE 1700
SAN DIEGO, CA 92101

TED MINAHAN
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
401 B STREET
SUITE 1600
SAN DIEGO, CA 92101

ROBERT ROTHMAN
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS

```
58 SOUTH SERVICE ROAD
SUITE 200
MELVILLE, NY 11747
```

**SAMUEL H. RUDMAN**
```
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS
200 BROADHOLLOW ROAD
SUITE 406
MELVILLE, NY 11706
```

**LESLIE WEAVER**
```
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS
100 PINE ST. STE 2600
SAN FRANCISCO, CA 94111
```

**ROBIN WINCHESTER**
```
SCHIFFRIN & BARROWAY LLP
280 KING OF PRUSSIA RD
RADNOR, PA 19087-5108
```

**Manual Notice**

Aaron D. Krakow
Krakow & Souris, LLC
225 Friend Street
Boston, MA 02114
  617/723-8440
  617/723-8443 (Fax)

James F. Grosso
O'Reilly Grosso & Gross, P.C.
1671 Worcester Road, Suite 205
Framingham, MA 01701-5400
  508/620-0055
  508/629-7655 (Fax)